# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VICKIE AUBREY and                                                                                         PLAINTIFFS
HAMZA ALMARZOOQ

v.                                                 No. 4:17CV00446 JLH

ZAMAM, LLC; and SYED HUSSAIN                                                                    DEFENDANTS

## ORDER

The motion for leave to withdraw as counsel filed by Abtin Mehdizadegan and Joseph M. Kraska of Cross, Gunter, Witherspoon & Galchus, P.C., is GRANTED, subject to the last paragraph of this Order. Document #33. The defendants' third motion for extension of time to respond to the plaintiffs' discovery requests and for an amended final scheduling order is GRANTED IN PART and DENIED IN PART. Document #35.

The Court hereby orders the defendants to have new lawyers enter an appearance to represent them in this action on or before September 21, 2018.[1] The Court hereby orders the defendants to respond to the plaintiffs' discovery requests on or before September 21, 2018. Failure to comply with these orders may result in a default judgment being entered against the defendants. If the defendants fail to respond to the discovery requests by September 21, 2018, the plaintiffs should file a motion for sanctions stating that the defendants have not complied.

The Court hereby orders Abtin Mehdizadegan and Joseph M. Kraska to provide a copy of this Order to the defendants at their last known address and to file a certificate of service stating the date on which and the manner in which this Order was served on the defendants. After the certificate

---

[1] Syed Hussain may choose to represent himself, provided he complies with Local Rule 5.5(c). Zamam, LLC, however, must be represented by a lawyer.

of service is filed, Cross, Gunter, Witherspoon & Galchus, P.C., are relieved as counsel for the defendants and have no further obligation to represent them in this action.

    IT IS SO ORDERED this 30th day of August, 2018.

                                                    */s/ J. Leon Holmes*
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE