# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VICKIE AUBREY and　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
HAMZA ALMARZOOQ

v.　　　　　　　　　　　　　No. 4:17CV00446 JLH

ZAMAM, LLC; and SYED HUSSAIN　　　　　　　　　　　　　　　　　　DEFENDANTS

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Vickie Aubrey and Hamza Almarzooq commenced this action against Zamam, LLC, and Syed Hussain under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq*. The defendants were properly served with summons and complaint and appeared in this action through their lawyers. They did not, however, comply with discovery, and failed to do so even after the Court granted the plaintiffs' motion to compel and ordered the defendants to respond to the plaintiffs' discovery requests. Ultimately, their lawyers reported that the defendants had left the United States and were no longer communicating with them. The lawyers therefore requested leave to withdraw. The Court granted the lawyers' request for leave to withdraw and, as a sanction for the defendants' failure to comply with the Court's order compelling discovery, declared that the allegations in the second amended and substituted complaint were deemed admitted. The second amended and substituted complaint alleges facts sufficient to state a claim upon which relief may be granted under the Fair Labor Standards Act and the Arkansas Minimum Wage Act. Because those allegations are deemed admitted, the plaintiffs are entitled to recover under those statutes.

On October 29, 2018, the plaintiffs appeared for a bench trial and introduced evidence of their damages. The evidence established that Vickie Aubrey is entitled to recover overtime pay in

the amount of $9,512.10 less $247.39 previously paid to her. The evidence also established that Hamza Almarzooq is entitled to recover overtime pay in the amount of $15,345.00 less $700.00 previously paid. The evidence also established that both plaintiffs are entitled to liquidated damages in an amount equal to the unpaid overtime wages. 29 U.S.C. § 216(b); Ark. Code Ann. § 11-4-218(a).

Judgment will be entered in favor of Vickie Aubrey against Zamam, LLC, and Syed Hussain in the amount of $18,529.42. Judgment will be entered in favor of Hamza Almarzooq against Zamam, LLC, and Syed Hussain in the amount of $29,290.00.

IT IS SO ORDERED this 29th day of October, 2018.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE