IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| VICKIE AUBREY and HAMZA ALMARZOOQ | PLAINTIFFS |
| v. No. 4:17CV00446 JLH | |
| ZAMAM, LLC; and SYED HUSSAIN | DEFENDANTS |

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Vickie Aubrey against Zamam, LLC, and Syed Hussain, jointly and severally, in the amount of $18,529.42.

IT IS SO ORDERED this 29th day of October, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE