# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VICKIE AUBREY and　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
HAMZA ALMARZOOQ

v.　　　　　　　　　　　No. 4:17CV00446 JLH

ZAMAM, LLC; and SYED HUSSAIN　　　　　　　　　　　　　　　　　DEFENDANTS

## **JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Hamza Almarzooq against Zamam, LLC, and Syed Hussain, jointly and severally, in the amount of $29,290.00.

IT IS SO ORDERED this 29th day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE