# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VICKIE AUBREY and                                                                                         PLAINTIFFS
HAMZA ALMARZOOQ

v.                                              No. 4:17CV00446 JLH

ZAMAM, LLC; and SYED HUSSAIN                                                                              DEFENDANTS

## JUDGMENT

This Court previously entered judgment in favor of Vickie Aubrey against Zamam, LLC, and Syed Hussain in the amount of $18,529.42. The Court also entered judgment in favor of Hamza Almarzooq in the amount of $29,290.00. The plaintiffs have now filed a motion for costs and attorneys' fees. Pursuant to the Order entered separately today, judgment is entered in favor of the plaintiffs for costs and attorneys' fees in the total amount of $40,815.62. That sum is in addition to the amounts awarded separately to Aubrey and Almarzooq. Post-judgment interest will accrue at the rate of 2.67 percent. Garnishment and execution may issue.

IT IS SO ORDERED this 29th day of November, 2018.

J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE